AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

WILLIAM EARL ULMER
1502 15th Place
Clanton, AL   35045

**WARRANT FOR ARREST**

Case Number:   2:06cr169-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____WILLIAM EARL ULMER_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Conspiracy to Possess With Intent to Distribute Cocaine Base and Cocaine Hydrochloride
Possession with Intent to Distribute Cocaine Hydrochoride

in violation of Title _____21_____ United States Code, Section(s) _____846 and 841(a)(1)_____

DEBRA P. HACKETT
Name of Issuing Officer

By: _____[signature]_____
Signature of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA
Title of Issuing Officer

July 24, 2006, Montgomery, Alabama
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |