| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:51 - 11:18 |

√ **ARRAIGNMENT**   ☐ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr169-WKW   **DEFENDANT NAME:** William Earl Ulmer
**AUSA:** Clark Morris   **DEFENDANT ATTORNEY:** Timothy Halstrom

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing CJA Panel Attorney. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ Not Guilty
   ☐ Guilty as to:
      ☐ Count(s):
      ☐ Count(s):       ☐ dismissed on oral motion of USA
                ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   6/4/07
      **DISCOVERY DISCLOSURE DATE: 3/7/07**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
            ☐ Defendant requests time to secure new counsel
Defendant's ORAL WAIVER of any detention hearing.