IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     PLAINTIFF * | |
| * | |
| v. * | CR. NO. 2:06-CR-00169 |
| * | |
| WILLIAM EARL ULMER, * | |
|     DEFENDANT * | |

**NOTICE OF APPEARANCE**

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as counsel for Defendant, William Earl Ulmer. Further, Defendant prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, March 7, 2007.

                                                              /s/Timothy C. Halstrom
                                                              Timothy C. Halstrom
                                                               Bar Number HAL021
                                                               Attorney for Defendant William Earl Ulmer

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021