IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 2:06-CR-00169 |
| | * | |
| WILLIAM EARL ULMER, | * | |
|     DEFENDANT | * | |

### MOTION TO EXTEND PRE-TRIAL MOTION CUTOFF DATE

Comes now Defendant William Earl Ulmer through counsel and moves the Court to extend the date by which pretrial motions must be filed pursuant to the Court's Order on Arraignment and for cause states as follows:

    1. According to the Court's Order on Arraignment, pretrial motions are to be filed on or before March 30, 2007.

    2. The indictment in this case lists 14 Defendants.

    3. Counsel for Defendant has ordered the discovery as submitted to Pro Legal Copies of Montgomery, Inc. which consists of: 7,428 pages of documents, 10 DVDs, 19 CDs, 1 floppy disc, 6 videos, and 23 cassette tapes.

    4. Counsel for Defendant will be out of town from March 16th through March 23rd.

    5. The discovery materials are presently scheduled for delivery to counsel's office on March 23, 2007 upon his return from Virginia.

    6  In order to provide a proper defense, it will be necessary for counsel to review the discovery prior to assessing whether or not any pretrial motions are necessary. Due to the voluminous discovery in this case, there simply is not sufficient time to review the discovery and

make a proper assessment.

      Wherefore the above matters considered, Defendant prays this Court grant his motion and extend the time within which he has to file pre-trial motions by thirty days.

      Respectfully submitted this day, March 16, 2007.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021
      Attorney for Defendant William Earl Ulmer

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

  I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification tot he parties.:

                /s/Timothy C. Halstrom
                Timothy C. Halstrom
                Bar Number HAL021