IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM EARL ULMER, )<br>    Defendant. ) | Case No. 2:06-cr-0169-WHA |

**MOTION FOR REIMBURSEMENT OF COPY EXPENSE**

COMES NOW the defendant, William Earl Ulmer, by and through the undersigned counsel, Timothy C. Halstrom, and respectfully requests this Honorable Court to allow this indigent defendant to be reimbursed for expenses incurred when discovery was obtained in this matter. As grounds in support thereof, the following is stated:

    1.    Discovery in this sixteen (16) defendant case is voluminous and consists of: 1) 7,428 paper copies; 2) 10 DVDs; 3) 19 CDs; 4) 1 floppy disc; 5) 5 VHS videos; and 6) 23 audio cassette tapes.

    2.    The United States Attorney's Office made discovery in this case available through the services of Pro Legal Copies of Montgomery, Inc. at the expense of the defendant.

    3.    Defendant Ulmer obtained a complete set of discovery costing the undersigned a total of $1,220.60 (EXHIBIT "A").

WHEREFORE, premises considered, Defendant respectfully requests this Honorable Court to issue an Order allowing him reimbursement for such copying expenses.

Respectfully submitted this 24th day of March, 2007.

s/ Timothy C. Halstrom
Timothy C. Halstrom (HAL    )
Attorney for Defendant Ulmer
4170 Lomac Street
Montgomery, AL 36106
(334) 272-9524 Telephone
(334) 244-7474 Facsimile
halstromtim@aol.com email

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

John T. Harmon, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/Timothy C. Halstrom
OF COUNSEL
