Pro Legal Copies of Montgomery, Inc.
134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 3/23/2007 | 6592 |

**Bill To**
Tim Halstron, LLC
4170 Lomack
Montogmery, Alabama 36106

**Ship To**
Tim Halstron, LLC
4170 Lomack
Montgmery, AL 36106

| Terms | Ship |
|---|---|
| Net 15 | 3/23/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,428 | 12 | Litigation Copying | 0.08 | 594.24T |
| 10 | DVD | DVD Production | 20.00 | 200.00T |
| 19 | CD | CD Production | 5.95 | 113.05T |
| 1 | Floppy Disc | Copy Floppy Disc | 3.00 | 3.00T |
| 5 | Videos | Video Duplication | 12.50 | 62.50T |
| 23 | Cass | Copy of Audio Tape | 5.95 | 136.85T |

---

**TIMOTHY C. HALSTROM, LLC**
OPERATING ACCOUNT
4170 LOMAC STREET
MONTGOMERY, AL 36106

Check # 4632
DATE 3-23-07
61-399-622

PAY TO THE ORDER OF: Pro Legal Copies of Montgomery, Inc    $1,234.35
Twelve Hundred Thirty-four and 35/100 DOLLARS

STERLING BANK
Montgomery, AL
A Provider of Synovus Financial Services

Signature: Timothy C Halstrom

⑊004632⑊ ⑊062203997⑊ 01⑊032909⑊

---

Signature

| Sales Tax (10.0%) | $110.96 |
|---|---|
| **Total** | **$1,220.60** |

*They will reimburse you the difference one video would not copy because of copyright*