IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     Plaintiff,     ) | |
| ) | |
| v.     ) | Case No. 2:06-cr-0169-WHA |
| ) | |
| WILLIAM EARL ULMER,     ) | |
|     Defendant.     ) | |

**MOTION TO HAVE DEFENDANT PRESENT AT
THE PRETRIAL CONFERNCE**

COMES NOW the defendant, William Earl Ulmer, by and through the undersigned counsel, Timothy C. Halstrom, and respectfully requests Defendants presence at the pretrial conference and in support thereof states as follows:

1.    Defendant is presently detained in the custody of the U.S. Marshal Service.

2.    Counsel has received this day a request from Defendant that he be present at the pretrial conference now set for 3:00PM on September 28, 2007.

WHEREFORE, premises considered, Defendant respectfully requests this Honorable Court to issue an Order directing the U.S. Marshal to produce Defendant at said pre-trial conference.

Respectfully submitted this 24th day of September, 2007.

                            s/ Timothy C. Halstrom
                            Timothy C. Halstrom (HAL    )
                            Attorney for Defendant Ulmer
                            4170 Lomac Street
                            Montgomery, AL 36106
                            (334) 272-9524 Telephone
                            (334) 244-7474 Facsimile
                            halstromtim@aol.com email

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the appropriate parties:

                s/Timothy C. Halstrom
                OF COUNSEL