IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| WILLIAM EARL ULMER | ) | |

## **ORDER**

Upon consideration of defendant's motion to have defendant present at the pretrial conference (Doc. # 317), filed September 24, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The United States Marshal is DIRECTED to produce defendant for the pretrial conference scheduled for September 28, 2007 at 3:00 p.m. in courtroom 5-B.

DONE, this 25th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE