Case 206 CR 169 WHA    Document 1 Filed 9-22-07

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHRN DIVISION

UNITED STATES OF AMERICA                Case 206 CR 169 WHA
V
William EARL Ulmer

**Defendant's motion seeking Presence at Pretrial Conference**

Comes Now Defendant William EARL Ulmer hereby requests that this court order that defendant be transported to to the United States District Court for the middle District of Alabama for his Pretrial Conference In support of this motion Mr Ulmer states the following. William Ulmer In custody at the montgomery city Jail awaiting trial In the abovestyled matter. I william EARL ulmer have Indicated to counsel that I wish to be Present at the Pretrial Conference Pursuant to the aforementioned language of the order on Arraignment WHEREFORE Premises considered mr ulmer hereby Requests this Honorable court issue an order the the united States marshal to Produce him the defendant for The Pretrial Conference on 9-28-07