IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| WILLIAM EARL ULMER | ) | |

## **ORDER**

Upon consideration of defendant's pro se motion (Doc. # 339), filed September 28, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

DONE, this 1st day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE