IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 2:06-cr-0169-WHA<br>) |
| WILLIAM EARL ULMER,<br>    Defendant. | )<br>)<br>) |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, William Earl Ulmer, by and through counsel of record, and gives notice to the Court of Defendant's intent to change his plea.

Respectfully submitted this day, October 2, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                                        /s/Timothy C. Halstrom
                                        Timothy C. Halstrom
                                        Bar Number HAL021