IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr169-WKW |
| | ) | |
| **WILLIAM EARL ULMER** | ) | |

## ORDER

It is hereby ORDERED that the sentencing presently set for January 25, 2008, at 2:30 p.m., is hereby reset for **January 31, 2008, at 2:30 p.m.,** in Courtroom 2E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE