IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA  * | |
|     PLAINTIFF  * | |
| * | |
| v.  * | CR. NO. 2:06-CR-00169 |
| * | |
| WILLIAM EARL ULMER,  * | |
|     DEFENDANT  * | |

## MOTION TO DISCHARGE COUNSEL

Comes now the undersigned attorney for Defendant, William Earl Ulmer, and moves the Court to discharge said counsel from further representation of Defendant and for cause states to the Court that Defendant was sentenced on January 31, 2008. There being no further action required, the terms of counsel's appointment under the Criminal Justice Act to represent defendant have been fulfilled and Counsel is due to be discharged.

Respectfully submitted this day, September 3, 2008.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                     /s/Timothy C. Halstrom
                     Timothy C. Halstrom
                     Bar Number HAL021