IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-169-WKW |
| | ) | |
| WILLIAM EARL ULMER | ) | |

## **ORDER**

Upon consideration of Defendant William Earl Ulmer's Motion to Discharge Counsel, and for good cause shown, the motion is GRANTED. It is ORDERED that Defendant's counsel, Timothy C. Halstrom, is DISCHARGED.

Done this 4th day of September, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE